**Howard J. DANZIG, Appellant,**

v.

**CITY OF DEXTER, MISSOURI; Joe E. Weber, Mayor, City of Dexter; Mark Stidham, City Administrator; Freeark, Harvey, Mendillo, Dennis, Wuller, Cain & Murphy, P.C.; Michael P. Murphy; Judge Robert LeChien, Appellees.**

No. 06–2144.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 4, 2007.

Filed: Sept. 11, 2007.

United States Magistrate Judge for the Southern District of Iowa.

Howard J. Danzig, St. Louis, MO, pro se.

Keith Henson, Paule & Camazine, Michael J. Lach, Beth C. Boggs, Boggs & Boggs, St. Louis, MO, Mary E. Welsh, Attorney General's Office, Chicago, IL, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Howard Danzig appeals the district court's[1] dismissal of his civil action. Upon de novo review, *see Stringer v. St. James R–1 Sch. Dist.*, 446 F.3d 799, 802 (8th Cir.2006), we conclude that the district court's dismissal was appropriate. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.